JUDGMENT

**ORIGINAL**

=============================================================================

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 24 2001
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

NO. 97-55889
CT/AG#: CV-93-00074(SHx)

VENETA GREENE

   Plaintiff - Appellant

v.

LOS ANGELES UNIFIED SCHOOL DISTRICT; STATE OF CALIFORNIA;
CALIFORNIA DEPARTMENT OF EDUCATION

   Defendants - Appellees

LODGED
CLERK, U.S. DISTRICT COURT
JAN 12 2001
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

FILED
CLERK, U.S DISTRICT COURT
JAN 23 2001
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is affirmed.

Filed and entered: December 20, 2000
   ✓ Docketed
   ✓ Copies / NTC Sent
   ___ JS - 5 / JS - 6
   ___ JS - 2 / JS - 3
   ✓ CLSD



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 1 2 2001
by: _____
   Deputy Clerk

JAN 24 2001

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2000

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VENETA GREENE,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, A PUBLIC CORPORATION, THE STATE OF CALIFORNIA, AND THE CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendant-Appellees. | No. 97-55889<br><br>D.C. CV-93-0074-KN(SHx)<br><br>MEMORANDUM[1] |

Appeal from the United States District Court
for the Central District of California
David V. Kenyon, District Judge, Presiding

Submitted November 9, 2000[2]
Pasadena, California

Before: BROWNING, TASHIMA, Circuit Judges, and JONES[3], District Judge

---

[1] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

[2] The panel unanimously finds this case suitable for decision without oral argument. See FED. R. APP. P. 34(a)(2).

[3] The Honorable Robert E. Jones, United States District Judge for the District of Oregon, sitting by designation.

The district court did not err when it held that plaintiff's action for back pay is barred on res judicata grounds by the decision in Association of Mexican-American Educators v. State of California, 937 F. Supp. 1397 (N.D. Cal. 1996)("AMAE"), aff'd, 231 F.3d 572 (9th Cir. 2000)(en banc). Plaintiff does not dispute that she belongs to the class of plaintiffs the court in AMAE certified pursuant to FED. R. CIV. P. 23(b)(2). Nor can plaintiff reasonably dispute that counsel for the AMAE plaintiffs adequately represented the class to which she belongs. Accordingly, plaintiff is bound by the final judgment in AMAE. See Dosier v. Miami Valley Broad. Corp., 656 F.2d 1295, 1299 & n.2 (9th Cir. 1981) (plaintiff bound under res judicata by prior class action where he fell within the class definition; due process only requires that absent class members' interests be adequately represented in 23(b)(2) class action).

Furthermore, the district court did not err when it entertained defendant's second motion for summary judgment, which defendant filed after the court-established motion cutoff date. The district court has the inherent power to control its docket so long as it does not nullify the parties' procedural choices under the federal rules. Atchison, Topeka & Santa Fe Ry. v. Hercules Inc., 146 F.3d 1071, 1074 (9th Cir. 1998).

Because the district court properly granted summary judgment, plaintiff's

2

remaining issue, that the district court erred in declining to consider her cross-motion for summary judgment because she filed that motion in violation of the Local Rules, is moot.

**AFFIRMED.**



3

INTERNAL USE ONLY: Proceedings include all events.
97-55889 Greene v. Los Angeles Unified, et al

| | |
|---|---|
| VENETA GREENE<br>    Plaintiff - Appellant | Leo James Terrell<br>FAX 323/655-5104<br>323/655-6805<br>Suite 920<br>[COR LD NTC ret]<br>LAW OFFICE OF LEO JAMES TERRELL<br>8383 Wilshire Blvd.<br>Beverly Hills, CA 90211 |
| v. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT<br>    Defendant - Appellee | Howard Friedman, Esq.<br>Rm. A-339<br>[COR LD NTC ret]<br>L.A. Board of Education<br>Office of County Counsel<br>450 N. Grand Avenue<br>Los Angeles, CA 90012 |
| STATE OF CALIFORNIA<br>    Defendant - Appellee | R. Lawrence Ashe, Jr., Esq.<br>404/815-2400<br>Ste. 2400<br>[COR LD NTC ret]<br>PAUL, HASTINGS, JANOFSKY & WALKER<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308<br><br>Charlton G. Holland, III, Asst. Atty. Gen<br>FAX 703-5480<br>415-703-5521<br>Suite 11000<br>[COR LD NTC dag]<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Daniel E. Lungren, Attorney General<br>[COR LD NTC ag]<br>CALIFORNIA ATTORNEY GENERAL<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102-3664 |
| CALIFORNIA DEPARTMENT OF EDUCATION<br>    Defendant - Appellee | Howard Friedman, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>R. Lawrence Ashe, Jr., Esq.<br>(See above) |

INTERNAL USE ONLY: Proceedings include all events.
97-55889 Greene v. Los Angeles Unified, et al

                            [COR LD NTC ret]

                            Charlton G. Holland, III, Asst.
                            Atty. Gen
                            Below Address Terminated on 5/20/99
                            415-703-1985
                            Room 6200
                            [COR LD NTC dag]
                            Stephanie Wald, DAG
                            415/356-6396
                            Suite 300
                            [COR LD NTC dag]
                            CALIFORNIA ATTORNEY GENERAL
                            Office of the Attorney General
                            455 Golden Gate Avenue
                            San Francisco, CA 94102-3664